UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARED SIAS,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Case No. 25-cv-12080
Hon. Matthew F. Leitman

_____/

**ORDER GRANTING JOINT MOTION TO
EXTEND CASE MANAGEMENT DATES (ECF #16)**

This matter has come before the Court upon the parties' Joint Motion to Extend Case Schedule (ECF No. 16). The Motion is well taken and it is hereby granted. The case dates and deadlines shall be extended as follows:

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | June 16, 2026 | August 17, 2026 |
| Rule 26(a)(2) Proponent Expert Disclosures | July 16, 2026 | September 14, 2026 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | August 17, 2026 | October 16, 2026 |
| Expert Discovery Cutoff | September 17, 2026 | November 16, 2026 |

1

| | | |
|---|---|---|
| Dispositive Motions and Challenges to Experts | October 19, 2026 | December 18, 2026 |
| Rule 26(a)(3) Pretrial Disclosures | January 15, 2027 | March 15, 2027 |
| Motions *in Limine* | February 12, 2027 Response briefs due 10 days after filing, but not later than February 22, 2027. Reply briefs due 5 days after responses are filed, but not later than March 1, 2027. | April 13, 2027 Response briefs due 10 days after filing, but not later than April 23, 2027. Reply briefs due 5 days after responses are filed, but not later than April 30, 2027. |
| Final Pretrial Order | March 2, 2027 | May 3, 2027 |
| Final Pretrial Conference | March 16, 2027, 1:30 p.m. | May 18, 2027, 1:30 p.m. |
| Trial Date | March 30, 2027, 9:00 a.m. | June 22, 2027, 9:00 a.m. |
| Estimated Length of Trial | 6 days | 6 days |

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 4, 2026

2